RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CARLOS CAREY, 245945
Full name and prison name of
Plaintiff(s)

v.

Officer Maloy
Captain Jenkins

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-CV-214-MEF
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) CARLOS CAREY

         Defendant(s) WARDEN MASON et. el

      2. Court (if federal court, name the district; if state court, name the county)
         middle District

3. Docket number 2:13-CV-00705-MHT-WC
4. Name of judge to whom case was assigned Judge Myron H. Thompson
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Pending
6. Approximate date of filing lawsuit Oct, 2013
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock Correctional

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Officer Maloy | Bullock Correctional |
| 2. Captain Jenkins | Bullock Correctional |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 19th 2014 march 23rd and 24th

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On march the 19th 2014 my mattress was given back to me after being forced to sleep on the concrete for months after the plaintiff filed a motion for a preliminary injunction with this court on the 13th of march. To enjoin the Defendants from taking plaintiff's mattress and forcing plaintiff to sleep on concrete as a method of punishment that is not supported by D.O.C. AR's or State or Federal Law On march 19th when

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Defendants had given the mattress back later that Day. A Captain Jenkins came to me and asked me to Drop all legal claims aganist him and sgt. whitley and if I do I will be taken out of Seg and my

GROUND TWO: Time made easy I said no Thank you he then became angry and said he will make sure that I suffer for going

SUPPORTING FACTS: Aganist him and his officers and he again Demanded that I Drop all Lawsuits or my life will be made a living hell. On march the 23rd a saturday morning a officer maloy came to me and asked me did I think about what The captain offered

GROUND THREE: and that I need to Drop all the law suits because if I did not things is going to become hell for me I said no I did

SUPPORTING FACTS: not think about it officer maloy became angry and said well we are going to make sure your stupid ass is back to sleeping on that hard concrete. he then went in front of me and other inmates and told them that every one was going to get more time in seg and will be sleeping on concrete with out a mattress because of that stupid ass inmate carey is filing lawsuits so if you are going to get mad at any one it should be cary. This was told to a group of inmates who immediately became angry. A few hours later my mattress was taken again and I was given more seg time for charges I have already done the time for

and the time of others inmates was also extended. They were told by officer maloy that the plaintiff and all of his stupid ass litigation is the reason why they are suffering

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

That the Courts issue a Declaratory Judgment, and/or Preliminary injunction that prevents the Defendants from using a essential human need as punishment i.e. a mattress to sleep on and that Defendants are prevented from extending seg time arbitrarily and capriciously making plaintiff do seg time for disciplinaries he has already served. Time on because a captain or officer is angry and to prevent Administration from punishing plaintiff for filing legal work

Carlos Carey
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/24/2014
(Date)

Carlos Carey - 245045
Signature of plaintiff(s)

note: this same officer worked seg the next day Sunday and told inmates in the seg unit that they need to get at my ass for make trouble for everyone by filing lawsuits. This is a violation of my 1st Amendment and 8th Amendment Rights.

note: plaintiff life has been threaten by inmates due to this event and a inmate picked his hand cuffs during excercise (walk) time and tryed to attack me however he was not able to do so because I refused to leave my cell.

CARlOS CAREY - 295095 - B1-3A
Bullock CoRRectional
P.O. BOX. 5107
Union SpringS. AL. 36089-5107



To. Office of The clerk
U.S. DiSTRict Court
One church street. Suite. B-110
montgomery. AL. 36104.4018

envelope No. ①
3/24/14