IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-214-MEF |
| | )             WO |
| OFFICER MALOY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On May 28, 2014, the Magistrate Judge filed a Recommendation (Doc. #27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion to dismiss is GRANTED and this case is DISMISSED as moot.

DONE this the 19th day of June, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE